IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Matthew D. Wilson and Troy Edhlund,<br><br>     Plaintiffs,<br><br>v.<br><br>Cook County, a public body and corporate,<br>Toni Preckwinkle, Board President, in her<br>official capacity, and its Board of<br>Commissioners in their official capacities,<br>namely: Jerry Butler, Deborah Sims,<br>Peter N. Silvestri, John F. Daley,<br>Larry Suffredin, Gregg Goslin,<br>Timothy O. Schneider, Luis Arroyo Jr.,<br>Richard R. Boykin, Dennis Deer,<br>John A. Fritchey, Bridget Gainer,<br>Jesus G. Garcia, Edward M. Moody<br>Stanley Moore, Sean M. Morrison,<br>Jeffrey R. Tobolski, and Thomas Dart,<br>Sheriff of Cook County, in his official<br>capacity,<br><br>     Defendants. | Case No. 17 CV 7002<br><br>Prev. Case No. 17 CH 10345<br>(Cook County) |

## NOTICE OF APPEAL

Plaintiffs, Matthew D. Wilson and Troy Edhlund, do hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment of this Court entered on August 3, 2018 that granted Defendants' F.R.Civ.P. 12(b)(6) Motion to Dismiss (Dkt. #31), and the Opinion stating same, also entered on August 3, 2018 (Dkt. #30).

Date: August 6, 2018      By:   /s/ David G. Sigale  
                 David G. Sigale
                 One of the Attorneys for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com

Gregory A. Bedell (Atty. ID# 6189762)
Knabe, Kroning & Bedell
20 South Clark Street, Suite 2301
Chicago, IL 60603
(312) 977-9119
gbedell@kkbchicago.com

Josh Glazov (Atty. ID# 6258029)
The Glazov Law Firm LLC
106 West Calendar Court, Suite 125
LaGrange, IL 60525
(312) 730-5541
jglazov@glazovlaw.com

Edward J. Murphy (Atty. ID# 3126287)
Lipe Lyons Murphy Nahrstadt & Pontikis Ltd.
230 West Monroe Street, Suite 2260
Chicago, IL 60606
(312) 448-6234
ejm@lipelyons.com

# CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1. On August 6, 2018, the foregoing document was electronically filed with the District Court Clerk via CM/ECF filing system;

2. Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                                /s/ David G. Sigale
                                              One of the Attorneys for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
Tel: 630.452.4547
Fax: 630.596.4445
dsigale@sigalelaw.com